

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00575-CV

**B&P DEVELOPMENT, LLC** and Chad H. Foster Jr.,
Appellants

v.

**KNIGHTHAWK, LLC**, Series G,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29842
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The reporter's record was due October 23, 2015. On October 30, 2015, the court reporter filed a notification of late record stating that her other duties preclude her from working on the record and that she has not yet made arrangements for payment of the record with appellants' counsel. She asks that we grant her an extension of time to complete the record until February 29, 2016 – a total of 129 days from the original due date. We GRANT the request in part, but DENY it in part. We ORDER the court reporter to file the reporter's record in this court on or before February 22, 2016 – 120 days from the original due date. We advise the reporter that no further extensions of time to file the record will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court